IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Patel, Minish C | Case Number: 07 B 07289 |
|---|---|---|
|  | Patel, Dipti M | Judge: Wedoff, Eugene R |
|  | Printed: 6/3/08 | Filed: 4/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: July 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,849.00 |  |
| Secured: |  | 11,209.15 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 639.85 |
| Other Funds: |  | 0.00 |
| Totals: | 11,849.00 | 11,849.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Irwin Home Equity | Secured | 0.00 | 0.00 |
| 2. | Nissan Motor Acceptance Corporation | Secured | 0.00 | 0.00 |
| 3. | Bank Of America | Secured | 0.00 | 0.00 |
| 4. | Bank Of America | Secured | 44,084.24 | 7,646.92 |
| 5. | Irwin Home Equity | Secured | 9,841.49 | 3,562.23 |
| 6. | ECast Settlement Corp | Unsecured | 5,044.40 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 988.24 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 8,966.72 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 2,962.75 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 7,912.50 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 3,381.80 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 6,271.25 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 4,888.39 | 0.00 |
| 14. | Capital One | Unsecured |  | No Claim Filed |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | Emerge | Unsecured |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
| 20. | AES/PHEAA | Unsecured |  | No Claim Filed |
| 21. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 94,341.78 | $ 11,209.15 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Patel, Minish C
        Patel, Dipti M
        Printed:  6/3/08

Case Number:  07 B 07289
Judge:  Wedoff, Eugene R
Filed:  4/23/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 639.85 |
|  | _____ |
|  | $ 639.85 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

